**United States District Court**
**For The Western District of North Carolina**
**Charlotte Division**

CIVIL CASE NO. 3:07cv403

*IN RE*:
ELIZABETH G. POU,
     Debtor/Appellant.


Bank of America, N.A., its
Successors and/or Assigns,
     Movant,

v.                           JUDGMENT

Elizabeth G. Pou,
     Debtor
Sheldonia W. Pou,
     Co-Debtor,
and Warren L. Tadlock,
     Trustee


DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 9, 2007 Order.

**Signed: October 9, 2007**


Frank G. Johns, Clerk
United States District Court